**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HUDSON INSURANCE COMPANY,

                Plaintiff,

  -against-                                    25 **CIVIL** 2105 (CM)

                                              **JUDGMENT**

REGENT BANK.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated October 21, 2025, Regent Bank's motion to dismiss the complaint for want of personal jurisdiction is GRANTED. Dismissal is without prejudice to Plaintiff's ability to bring suit in a court where Regent Bank is amenable to jurisdiction - which is presumably located in Oklahoma. Accordingly, the case is closed.

**Dated:** New York, New York

       October 22, 2025

                                                  **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                                     BY:

                                                        **Deputy Clerk**